No. 305. WHIPPLE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari granted. *A. C. Lesher, Jr.* for petitioners. *Solicitor General Cox* for respondent.

No. 316. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS ET AL. *v.* ALLEN ET AL. Supreme Court of North Carolina. Certiorari granted. *Milton Kramer* and *Lester P. Schoene* for petitioners. *Whiteford S. Blakeney* for respondents.

No. 322. SPERRY *v.* FLORIDA EX REL. FLORIDA BAR. Supreme Court of Florida. Certiorari granted. *Oscar A. Mellin, LeRoy Hanscom* and *Jack E. Hursh* for petitioner. *John Houston Gunn, J. Lewis Hall* and *Donald J. Bradshaw* for respondent. Briefs of *amici curiae,* in support of the petition, were filed by *John R. Turney, D. W. Markham* and *Nuel D. Belnap* for the Association of Interstate Commerce Commission Practitioners; *Robert M. McManigal* for the American Association of Registered Patent Attorneys and Agents et al.; and *Edward C. Gritzbaugh* for the Florida Patent Law Association.

No. 315. NEW ENGLAND TANK INDUSTRIES, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Vernon C. Stoneman* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.